## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

United States

Plaintiff,

vs.

Iann Fletcher,

Defendant.

CASE NO. 8:25CR 236

**SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE**

Defendant states to the Court as follows:

(1)    I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)    I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)    At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____
Defendant

_____
Date
5-7-2026

_____
Attorney for Defendant

_____
Date
5-7-2026

### ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 7th  day of May, 2026

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT