IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IANN G. FLETCHER,<br><br>Defendant. | **8:25CR236**<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 40).  The Court has carefully reviewed the record in this case and finds as follows:

1.      On March 27, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 28) forfeiting defendant Iann G. Fletcher's ("Fletcher") interest in "any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offense, specifically the following:" Remington .22 caliber rifle, Stevens 12-gauge shotgun, New England 12-gauge shotgun, Remington 870 20-gauge shotgun, Ruger Mark .22 caliber handgun, Harrington & Richardson .22 caliber handgun, 10-gauge American Arms shotgun, and Smith & Wesson .357 caliber handgun (the "Subject Property").

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 31, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 15, 2026 (Filing No. 39).

3.      The government has advised the Court that no petitions have been filed.  A review of the record supports that assertion.

4.      The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 40) is granted.

2.      All right, title and interest in and to the Subject Property, held by any person or entity are forever barred and foreclosed.

3.      The Subject Property is forfeited to the government.

4.      The government is directed to dispose of the Subject Property in accordance with law.

Dated this 15th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge